IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANDRED CLINTON DAVIS, JR.,

        Plaintiff,

v.                                 CIVIL ACTION NO.   2:21-cv-00106

DONALD AMES, JASON BRAGG,
RICHARD TONY, JASON WOOTEN,
E. ARRON, CAPT. MARGARET CLIFFORD,
NURSE BRANDY, C.O. SPEARS, and
LT. CHRIS WILSON,

        Defendants.


**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On September 26, 2023, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendation ("PF&R"), [ECF No. 65], recommending that the court grant the defendants' Motion to Dismiss for Failure to Prosecute, [ECF No. 60], and dismiss the civil action with prejudice. Neither party timely filed objections to the PF&R or sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de

novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The Defendants' Motion to Dismiss for Failure to Prosecute, [ECF No. 60], is **GRANTED**, and this civil action is **DISMISSED with prejudice.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      November 1, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE